Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                  Case No.:  18−25158−CMG
                                  Chapter:  13
                                  Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Donald Michael Slonaker | Constance Marie Slonaker |
| 58 Farragut Avenue | 58 Farragut Avenue |
| Seaside Park, NJ 08752 | Seaside Park, NJ 08752 |

Social Security No.:
  xxx−xx−5201                                xxx−xx−2114

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on October 18, 2018.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 18, 2018
JAN: bwj

                                                              Jeanne Naughton
                                                              Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                        Case No. 18-25158-CMG
Donald Michael Slonaker                                       Chapter 13
Constance Marie Slonaker
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2        Date Rcvd: Oct 18, 2018
                              Form ID: 148             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db/jdb         +Donald Michael Slonaker,   Constance Marie Slonaker,   58 Farragut Avenue,
                 Seaside Park, NJ 08752-1224
517672134      +Borough of Seaside Park,   Water/Sewer Dept.,   1701 North Ocean Ave.,
                 Seaside Park, NJ 08752-1232
517672137      +E Allen Mac Duffie Jr, Esq.,   1605 Grand Central Ave.,   PO Box 366,
                 Lavallette, NJ 08735-0366
517672139      +JCP&L,   P. O. Box 367,   Holmdel, NJ 07733-0367
517790892      +Jersey Central Power & Light,   c/o FirstEnergy,   101 Crawford's Corner Rd.,
                 Bldg # 1 Ste 1-511,   Holmdel, NJ 07733-1976
517672140      +Mattleman, Weinroth & Miller, PC,   401 Route 70 East, Ste 100,   Cherry Hill, NJ 08034-2410
517672141      +N or D Remick, Trustee,   PO Box 39,   Barnegat, NJ 08005-0039
517672144      +New Jersey Natural Gas,   1415 Wyckoff Road,   P.O. Box 1378,   Wall, NJ 07719-1378
517672145     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,   Division of Taxation,   Bankruptcy Unit,
                 P.O. Box 245,   Trenton, NJ 08695-0245)
517672146       US Bank Cust for CCTS Capital,   2 Liberty Place, Suite 1950,   59 South 16th St.,
                 Philadelphia, PA 19102
517672147      +Vasyl or Maria Kavatsiuk,   449 Mountain AVe.,   Berkeley Heights, NJ 07922-2641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 23:52:01     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 23:51:58     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517672131      +E-mail/Text: dkretschmer@bchaselaw.com Oct 18 2018 23:51:55     Bart A. Chase, Esq.,
                 P. O. Box 871,   450 Springfield Ave.,   Summit, NJ 07901-2611
517672132      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 18 2018 23:52:23
                 Bayview Financial Loan,   Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
517672133      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 18 2018 23:52:23
                 Bayview Financial Loan,   4425 Ponce De Leon Blvd,   Coral Gables, FL 33146-1873
517792039      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 18 2018 23:52:23
                 Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
517672135      +EDI: CCS.COM Oct 19 2018 03:23:00     Credit Collection Services,   Attn: Bankruptcy,
                 725 Canton St,   Norwood, MA 02062-2679
517672136      +EDI: CCS.COM Oct 19 2018 03:23:00     Credit Collection Services,   Po Box 607,
                 Norwood, MA 02062-0607
517672138       EDI: IRS.COM Oct 19 2018 03:23:00     Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517672142      +E-mail/Text: Bankruptcies@nragroup.com Oct 18 2018 23:52:51     National Recovery Agency,
                 Attn: Bankruptcy,   Po Box 67015,   Harrisburg, PA 17106-7015
517672143      +E-mail/Text: Bankruptcies@nragroup.com Oct 18 2018 23:52:51     National Recovery Agency,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517672130    ##+ACB Receivable Management, Inc.,   PO Box 350,   19 Main St.,   Asbury Park, NJ 07712-7012
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 18, 2018
                              Form ID: 148             Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Donald Michael Slonaker bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Constance Marie Slonaker bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 6
```